WILSON PETTY KOSMO & TURNER LLP
CLAUDETTE G. WILSON (110076)
KRISTA M. CABRERA (190595)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: cwilson@wpkt.com
E-mail: kcabrera@wpkt.com

Attorneys for Defendants
DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., AND DIGIRAD IMAGING SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ELIZONDO, MICHELLE DRAPER, JOHN HAND, CARLOS BRICENO, and JEFF FINERMAN<br><br>Plaintiffs,<br><br>v.<br><br>DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., DIGIRAD IMAGING SYSTEMS, INC, and DOES 1-50,<br><br>Defendants. | Case No. C 06 2295 WHA JL (MED)<br>[Related to Case No. C 06-01217 WHA]<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER [F.R.C.P. 41]**<br><br>Complaint Filed: March 30, 2006<br><br>Dept.: 9<br>Judge: Hon. William H. Alsup<br>Trial Date: April 30, 2007 |

1

Case No. C 06 2295 WHA
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER [F.R.C.P. 41]

Plaintiffs RICHARD ELIZONDO, MICHELLE DRAPER, JOHN HAND, CARLOS BRICENO, and JEFF FINERMAN and Defendants DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., DIGIRAD IMAGING SYSTEMS, INC. by and through their respective attorneys of record, and pursuant to the terms of their Settlement Agreement incorporated herein by reference, hereby stipulate and agree that this action shall be dismissed with prejudice in its entirety, and that each party shall bear their own attorneys' fees and costs.

SO STIPULATED.

Dated: October 25, 2006

PHILLIPS, ERLEWINE & GIVEN, LLP

By: _____
NICHOLAS A. CARLIN
Attorneys for Plaintiffs

Dated: October 01, 2006

WILSON PETTY KOSMO & TURNER LLP

By: _____
CLAUDETTE G. WILSON
KRISTA M. CABRERA
Attorneys for Defendants
DIGIRAD CORPORATION, DIGIRAD IMAGING SOLUTIONS, INC., and DIGIRAD IMAGING SYSTEMS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: November 2, 2006

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE